U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 20, 2008

2/20/08

Matter Adj. to 3/27/08
At 9:30 AM. Time Excluded
through 3/27 to Allow for
Plea discussions and in
the interest of justice.

**BY FACSIMILE:** (212) 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  **United States v. Mutholib Sanni and Francia Tabares**
        **07 Cr. 999 (CM)**

Dear Judge McMahon:

   The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for February 21, 2008, to March 27, 2008, at 9:30 a.m.

   The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from today through March 27, 2008. The Government makes this request, with the consent of defense counsel, for the Government and the defense to continue to pursue discussions regarding a possible disposition before trial, and to accommodate the schedule of Mr. Murphy, who is ill.

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney

                                      By:   _____
                                            Eugene Ingoglia
                                            Assistant U.S. Attorney
                                            (212) 637-1113

cc:  Roy Kulcsar, Esq., counsel for Francia Tabares (fax: 201-439-1478)
     John M. Murphy, Jr., Esq., counsel for Mutholib Sanni (fax: 718-448-8685)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

MEMO ENDORSED

TOTAL P.01