

U.S. Department of Justice

United States Attorney
Southern District of New York

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 1, 2008

*4/2/08; Matters Adj to 4/23/08. Time Excluded through 4/23/08, with defendants' consent.*

*[signature]*

BY FACSIMILE: (212) 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Mutholib Sanni and Francia Tabares
    07 Cr. 999 (CM)

Dear Judge McMahon:

The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to respectfully requests that time be excluded for purposes of the Speedy Trial Act from today through April 23, 2008 (the date of the next conference in this matter). The Government makes this request, with the consent of defense counsel, for the Government and the defense to continue to pursue discussions regarding a possible disposition before trial, and to accommodate the schedule of Mr. Murphy, who is ill.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08

cc: Roy Kulcsar, Esq., counsel for Francia Tabares (fax: 201-439-1478)
    John M. Murphy, Jr., Esq., counsel for Mutholib Sanni (fax: 718-448-8685)

TOTAL P.01