U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2008

**MEMO ENDORSED**

4/22/08
Extension granted
Time H[eld]

**BY FACSIMILE:** (212) 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Mutholib Sanni and Francia Tabares**
07 Cr. 999 (CM)

Dear Judge McMahon:

The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for April 23, 2008, to May 21, 2008, at 11:00 a.m.

The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from April 23 through May 21, 2008. The Government makes this request, with the consent of defense counsel, for the Government and the defense to continue to pursue discussions regarding a possible disposition before trial, and to accommodate the schedule of Mr. Murphy, who has been ill.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

cc: Roy Kulcsar, Esq., counsel for Francia Tabares (fax: 201-439-1478)
John M. Murphy, Jr., Esq., counsel for Mutholib Sanni (fax: 718-448-8685)