JUN-30-2008 12:26



**U.S. Department of Justice**

**United States Attorney**
*Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

## MEMO ENDORSED

June 30, 2008

*Matter adj'd to 8/1/08 at 9:30 am. Time Excluded in the interest of justice*

*[signed] Colleen McMahon*

BY FACSIMILE: (212) 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Mutholib Sanni and Francia Tabares</u>
           07 Cr. 999 (CM)

Dear Judge McMahon:

    The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for July 1, 2008, to a date convenient for the Court after the last week in July 2008.

    The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from July 1 through the new conference date. The Government makes this request, with the consent of defense counsel, for the Government and the defense to continue to pursue discussions regarding a possible disposition before trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

*[stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/2/08]*

cc:    Roy Kulcsar, Esq., counsel for Francia Tabares (fax: 201-439-1478)
       John M. Murphy, Jr., Esq., counsel for Mutholib Sanni (fax: 718-448-8685)