

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

July 30, 2008

BY FACSIMILE: (212) 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Mutholib Sanni and Francia Tabares
     07 Cr. 999 (CM)

Dear Judge McMahon:

   The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for August 1, 2008, to September 19, 2008, at 9:30 a.m.

   The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from August 1 through the new conference date. The Government makes this request, with the consent of defense counsel, for the Government and the defense to continue to pursue discussions regarding a possible disposition before trial.

                                   Respectfully submitted,

                                   MICHAEL J. GARCIA
                                   United States Attorney

                             By:   _____
                                   Eugene Ingoglia
                                   Assistant U.S. Attorney
                                   (212) 637-1113

cc:  Roy Kulcsar, Esq., counsel for Francia Tabares (fax: 201-439-1478)
     John M. Murphy, Jr., Esq., counsel for Mutholib Sanni (fax: 718-448-8685)